# Order

Michigan Supreme Court
Lansing, Michigan

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148860

JAY BURTON, Personal Representative of
the Estate of CONNOR BURTON,
       Plaintiff-Appellant,

v

                              SC: 148860
                              COA: 311463
MOHAN DASS MACHA, M.D., MOHAN     Sanilac CC: 11-034222-NH
DASS MACHA, M.D., P.C., and
MARLETTE REGIONAL HOSPITAL,
       Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the January 28, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



d0721

                                           Clerk